# IN THE SUPREME COURT OF THE STATE OF NEVADA

ADRIAN MCKNIGHT,
            Appellant,
vs.
THE STATE OF NEVADA,
            Respondent.

No. 73369

**FILED**

SEP 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a "motion for reconsideration of order denying petitioners motion to disqualify Judge Kathleen Delaney from proceedings." Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration in a criminal matter, we lack jurisdiction. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ , J.
Douglas

_____ , J.
Gibbons

_____ , J.
Pickering

cc:  Hon. Kathleen E. Delaney, District Judge
     Adrian McKnight
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

17-31356